**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

ANTHONY CUNNINGHAM, )
)
    Movant, )
)
v. ) CV418-253
) CR408-226
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

Marvin Aikens moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. CR408-226, doc. 73; *see United States v. Almand*, 992 F.2d 316, 317 (11th Cir. 1993) (individuals challenging the validity of any sentence, including those imposed for revocation of supervised release, must utilize § 2255). The Court **DIRECTS** the Government to respond within ninety days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED**, this 27th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA